IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RUFUS EDWARD JONES, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:13-00650-JPG-PMF |
| ST. CLAIR COUNTY, IL, et al., | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

Before the Court is plaintiff Rufus Jones' motion for an order finding certain defendants in violation of a preliminary injunction (Doc. No. 125). Plaintiff suggests that a recent arrest was motivated by retaliation for litigation rather than a charge of domestic battery and that his arrest violates a preliminary injunction forbidding retaliation. Plaintiff has not identified a preliminary injunction either by the date entered or document number, and none can be located in the Clerk's records. The motion lacks merit.

IT IS RECOMMENDED that plaintiff's motion for a finding that certain defendants violated a preliminary injunction (Doc. No. 125) be DENIED.

**SUBMITTED:**  **August 25, 2014** .

 s/Philip M. Frazier
PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE