IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RUFUS EDWARD JONES,

       Plaintiff,

vs.

ST. CLAIR COUNTY IL, *et al.*,

       Defendants.

Case No. 13-cv-650-SMY-PMF

## MEMORANDUM AND ORDER

In light of the Seventh Circuit Court's recent opinion in *Perez v. Fenoglio*, No. 12-3084, 2015 WL 4092294 (7th Cir. July 7, 2015) and pursuant to Local Rule 83.1(i), the Court **APPOINTS** Attorney Thor Mathison to represent Plaintiff in this Court for all proceedings in this case. The Clerk of Court is **DIRECTED** to mail a copy of this order and the standard letter concerning appointment of counsel to attorney Thor Mathison.

The Court reopens discovery for a period of six months and **REFERS** this case back to Magistrate Judge Philip M. Frazier to enter a new scheduling order. Any response deadlines on pending motions are stayed until Judge Frazier enters a new scheduling order. The final pretrial conference set for 8/12/15 and the trial set for 8/24/15 are stricken. The final pretrial conference is re-scheduled for 6/15/16 at 10:00 a.m. and the trial is re-scheduled for 6/27/16 at 9:00 a.m. at the Benton Courthouse before Judge Staci M. Yandle.

**IT IS SO ORDERED.**

**DATED:** July 30, 2015

                                                s/ Staci M. Yandle
                                                **STACI M. YANDLE**
                                                **DISTRICT JUDGE**