IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RUFUS EDWARD JONES,

          Plaintiff,

    vs.                                   Case No. 13-cv-00650-SMY-PMF

ST. CLAIR COUNTY, IL, et al.,

          Defendants.

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 207) of Magistrate Judge Philip M. Frazier recommending this Court grant Plaintiff's Motion for Default Judgment against Melinda Welten (Doc. 88).

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed Plaintiff's Motion and case history and finds that the Report is not clearly erroneous. Accordingly, the Court **ADOPTS** the Report of Magistrate Judge Frazier (Doc. 88) and **GRANTS** Plaintiff's Motion For Default Judgment against Melinda Welten. At the Conclusion of this case, judgment in the sum of $500 will be entered against Defendant Welten as a sanction for her noncompliance with an Order of the Court (Doc. 10, p. 14).

**IT IS SO ORDERED.**

**DATED:  January 4, 2016**                                    s/ **Staci M. Yandle**
                                                        **STACI M. YANDLE**
                                                        **DISTRICT JUDGE**