# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RUFUS EDWARD JONES,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:13-00650-SMY-PMF |
| **ST. CLAIR COUNTY, IL, et al.,** | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Before the Court is Plaintiff's motion for de novo review (Doc. No. 178). In this motion, Plaintiff Rufus Jones suggests that the March 6 and September 30, 2015, Orders resolving certain summary judgment motions (Doc. Nos. 155, 195) should be rescinded or stayed until such time as counsel has been appointed to provide representation.

The March 6 and September 30, 2015, Orders are subject to discretionary revision at any time prior to the entry of judgment. Fed. R. Civ. P. 54(b). Motions seeking reconsideration of a ruling serve a limited function: to correct manifest errors of law or fact or to present newly discovered evidence. *Caisse Nationale de Credit Agricole, v. CBI Industries*, 90 F.3d 1264, 1269 (7th Cir. 1996). It is well-settled that such motions are not properly used to rehash a previous argument or introduce evidence that could have been discovered and presented in a timely manner. *Oto v. Metro. Life Ins. Co.*, 224 F.3d 610, 606 (7th Cir. 2000).

Reconsideration or further de novo review is not warranted under these circumstances. Plaintiff is incorrect in suggesting that he is entitled to be represented by counsel in civil litigation. The Court's consideration of summary judgment motions while plaintiff was pro se comports with applicable legal standards.

Accordingly, Plaintiff's motion for de novo review (Doc. No. 178) is **DENIED**.

**SO ORDERED: February 26, 2016.**

                                             **s/ Staci M. Yandle**
                                             **STACI M. YANDLE**
                                             **U. S. DISTRICT JUDGE**